UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCMILLIN HOMES CONSTRUCTION, INC., a California Corporation, as Successor in Interest for CENTRAL VALLEY RESIDENTIAL BUILDERS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, CATALINA LONDON LIMITED formerly known as ALEA LONDON LIMITED, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 20cv0006-JAH (MDD)<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendant Lexington Insurance Company *et al*'s Motion to Dismiss (Doc. No. 8), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

//

//

//

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument and the hearing set for February 24, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED: February 19, 2020

_____
JOHN A. HOUSTON
United States District Judge