UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCMILLIN HOMES CONSTRUCTION, INC., a California Corporation, as Successor in Interest for CENTRAL VALLEY RESIDENTIAL BUILDERS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, CATALINA LONDON LIMITED formerly known as ALEA LONDON LIMITED, and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: 20cv0006-JAH (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY TO ANSWER PLAINTIFF'S COMPLAINT** |

The Court, having considered the joint motion, deems good cause exists. Accordingly, the joint motion for extension of time to file an answer is **GRANTED**.

///

///

///

///

1

IT IS HEREBY ORDERED Defendant Interstate Fire & Casualty Company shall file an answer or otherwise respond to the Plaintiff's complaint **by April 8, 2020**.

DATED: March 9, 2020

_____
Hon. John A. Houston
United States District Judge